# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DORA DOMINGUEZ**<br><br>Plaintiff,<br><br>vs.<br><br>**C.R. BARD INC., and BARD PERIPHERAL VASCULAR, INC.,**<br><br>Defendants. | Case No.: CV 21-3847-DMG (KKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [24]** |

Pending before the Court is the parties' Joint Stipulation of Dismissal of All Claims With Prejudice.

The Joint Stipulation of Dismissal With Prejudice is APPROVED. The above-captioned action is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: May 20, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE